UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPOWER FEDERAL CREDIT UNION,<br><br>        Plaintiff,<br><br>    v.<br><br>EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Misc. Action No: 5:24-MC-0008  (BKS/MJK) |

## ORDER SEALING EXHIBIT IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH AND UNREDACTED COPY OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO QUASH

This matter comes before the Court on Empower Federal Credit Union's and Defendant Empower Annuity Insurance Company of America's Motions [Docket # 2 and Docket # 9] to Seal Exhibit B to Empower Federal Credit Union's Motion to Quash and the Unredacted Copy of Defendant's Opposition to Plaintiff's Motion.

Upon consideration of the Motions to Seal made in accordance with Local Rule 5.3, and upon this Court's finding that the bases for sealing under the standard set in *Lugosch v. Pyramid Co. of Onondaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006) have been met, the Motions are GRANTED, and therefore it is hereby

ORDERED that the Clerk of the Court shall file under seal Exhibit B to Empower Federal Credit Union's Motion to Quash [Docket # 1-8] and Defendant's Unredacted Copy of its Opposition to Plaintiff's Motion, Docket # 8-2.

Dated: May 24, 2024

                                          Mitchell J. Katz
                                          U.S. Magistrate Judge